The Honorable James L. Robart

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GEORGE TODD,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE GLOBALCOM SERVICES, INC., d/b/a Global Cloud Exchange, a corporation, and GINA HASPILAIRE, and her marital community,<br><br>Defendants. | Case No.: 2:17-cv-01194-JLR<br><br>[Proposed] ORDER DISMISSING COMPLAINT AGAINST INDIVIDUAL DEFENDANT GINA HASPILAIRE PURSUANT TO F.R.C.P. 41(a)(2) |

The Court received **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS COMPLAINT AGAINST INDIVIDUAL DEFENDANT GINA HASPILAIRE PURSUANT TO F.R.C.P. 41(a)(2)**. Having reviewed the motion and the court file, it is hereby *ordered* that pursuant to F.R.C.P 41(a)(2), plaintiff's complaint against individual defendant Gina Haspilaire is dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees and other expenses of litigation.

Dated: this 8th day of March, 2018.

_____
Judge James L. Robart

[Proposed] ORDER DISMISSING COMPLAINT AGAINST
INDIVIDUAL DEFENDANT GINA HASPILAIRE- 1
(No. 2:17-cv-01194-JLR)

REED PRUETT WALTERS PLLC
11120 N.E. 2nd Street, Suite 200
Bellevue, Washington 98004
Phone 425.512.3253  Fax: 425.642.8260

Presented by:

/s/ Theresa E. Pruett

Theresa E. Pruett, WSBA No. 26063
REED PRUETT WALTERS LARSEN PLLC
11120 NE 2ND Street, Suite 200
Bellevue, WA 98004
425-512-3253
tpruett@rpwlawfirm.com

*Attorneys for Plaintiff Todd George*

APPROVED AS TO FORM

/s/ Sonja Fritts

Sonja D. Fritts, WSBA No. 29097
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206-693-7051
Fax: 206-693-7058

*Attorneys for Defendants Haspilaire and Global Cloud Exchange*

//

//

//

//

# CERTIFICATE OF SERVICE

I hereby certify that on the March 8, 2018, I filed the foregoing document with the Clerk of the Court via ECF to the following:

Sonja D. Fritts, WSBA No. 29097
Sonja.fitts@ogletree.com
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Phone: 206.693.7051
Fax: 206.693.7058

Carolyn A. Knox, CA Bar No. 181317
Carolyn.knox@ogletree.com
Steuart Tower
One Market Plaza, Suite 1300
San Francisco, CA 94105
Phone: 415.442.4810
Fax: 415.442.4870

*Attorneys for Defendants Reliance Globalcom Services, Inc., d/b/a Global Cloud Xchange, and Gina Haspilaire*

/s/   Theresa E. Pruett
Theresa E. Pruett, WSBA No. 26063

[Proposed] ORDER DISMISSING COMPLAINT AGAINST
INDIVIDUAL DEFENDANT GINA HASPILAIRE- 3
(No. 2:17-cv-01194-JLR)

REED PRUETT WALTERS PLLC
11120 N.E. 2nd Street, Suite 200
Bellevue, Washington 98004
Phone 425.512.3253  Fax: 425.642.8260