The Honorable James L. Robart

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

GEORGE TODD,

    Plaintiff,

vs.

RELIANCE GLOBALCOM SERVICES, INC., d/b/a Global Cloud Exchange, a corporation, and GINA HASPILAIRE, and her marital community,

    Defendants.

Case No.: 2:17-cv-01194-JLR

[Proposed] ORDER DISMISSING COMPLAINT AGAINST DEFENDANT RELIANCE GLOBALCOM SERVICES PURSUANT TO F.R.C.P. 41(a)(2)

The Court received **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT RELIANCE GLOBALCOM SERVICES PURSUANT TO F.R.C.P. 41(a)(2)**. Having reviewed the motion and the court file, it is hereby *ordered* that pursuant to F.R.C.P 41(a)(2), plaintiff's complaint against defendant Reliance Globalcom Services is dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees and other expenses of litigation. Because no parties or issues remain, the court directs the Clerk to close this matter.

Dated: March 21, 2018

                                      Judge James L. Robart

[Proposed] ORDER DISMISSING COMPLAINT AGAINST DEFENDANT RELIANCE GLOBALCOM SERVICES - 1
(No. 2:17-cv-01194-JLR)

REED PRUETT WALTERS PLLC
11120 N.E. 2nd Street, Suite 200
Bellevue, Washington 98004
Phone 425.512.3253  Fax: 425.642.8260

Presented by:

/s/ Theresa E. Pruett

Theresa E. Pruett, WSBA No. 26063
REED PRUETT WALTERS LARSEN PLLC
11120 NE 2ND Street, Suite 200
Bellevue, WA 98004
425-512-3253
tpruett@rpwlawfirm.com

*Attorneys for Plaintiff Todd George*

APPROVED AS TO FORM

/s/ Sonja Fritts
Sonja D. Fritts, WSBA No. 29097
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206-693-7051
Fax: 206-693-7058

*Attorneys for Defendants Haspilaire and Global Cloud Exchange*

//
//
//
//

[Proposed] ORDER DISMISSING COMPLAINT AGAINST
DEFENDANT RELIANCE GLOBALCOM SERVICES - 2
(No. 2:17-cv-01194-JLR)

REED PRUETT WALTERS PLLC
11120 N.E. 2nd Street, Suite 200
Bellevue, Washington 98004
Phone 425.512.3253 Fax: 425.642.8260

# CERTIFICATE OF SERVICE

I hereby certify that on the March 20, 2018, I filed the foregoing document with the Clerk of the Court via ECF to the following:

Sonja D. Fritts, WSBA No. 29097
Sonja.fitts@ogletree.com
800 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Phone: 206.693.7051
Fax: 206.693.7058

Carolyn A. Knox, CA Bar No. 181317
Carolyn.knox@ogletree.com
Steuart Tower
One Market Plaza, Suite 1300
San Francisco, CA 94105
Phone: 415.442.4810
Fax: 415.442.4870

*Attorneys for Defendants Reliance Globalcom Services, Inc., d/b/a Global Cloud Xchange, and Gina Haspilaire*

/s/   Theresa E. Pruett
Theresa E. Pruett, WSBA No. 26063

[Proposed] ORDER DISMISSING COMPLAINT AGAINST
DEFENDANT RELIANCE GLOBALCOM SERVICES - 3
(No. 2:17-cv-01194-JLR)

REED PRUETT WALTERS PLLC
11120 N.E. 2nd Street, Suite 200
Bellevue, Washington 98004
Phone 425.512.3253  Fax: 425.642.8260